UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA J. ANELLO,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No.18-cv-00070-DMR

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

(X)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

(X)    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

    ( )    Filing fee waived in part: partial payment of $ due on, remaining balance to be

waived.

( ) Partial payment of $ due on, remaining balance due and payable on.

( ) Partial payment of $ due on, remaining balance due in installments as follows: .

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: February 13, 2018

_____
DONNA M. RYU
United States Magistrate Judge

(Not to be used in PRISONER OR HABEAS CORPUS cases) NDC CSA-7

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |

MARIA J. ANELLO,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 4:18-cv-00070-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria J. Anello
459 Enterprise Drive
Rohnert Park, CA 94928

Dated: February 13, 2018

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Ivy Lerma Garcia, Deputy Clerk to the
                Honorable DONNA M. RYU