UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JESUS ANELLO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 18-cv-00070-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant Nancy A. Berryhill filed a motion to dismiss on May 29, 2018. [Docket No. 17.] Currently, the motion is set for a court hearing on August 9, 2018. Plaintiff Maria Anello is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by June 12, 2018. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

<u>The court ORDERS Plaintiff Anello to respond by July 2, 2018 and explain her failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit her opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by July 3, 2018, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than July 10, 2018.

**IT IS SO ORDERED.**

Dated: June 26, 2018



_____
Donna M. Ryu
United States Magistrate Judge