UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JESUS ANELLO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 18-cv-00070-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 26 |

On June 26, 2018, the court issued an Order to Show Cause, instructing pro se Plaintiff Maria Jesus Anello to submit a written statement by no later than explaining Ms. Anello's failure to file an opposition to Defendant's motion to dismiss. [Docket No. 26.] The Order to Show Cause stated that failure to respond by July 2, 2018 may result in dismissal of this action. Ms. Anello did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 6, 2018



Donna M. Ryu
United States Magistrate Judge
Judge Donna M. Ryu