United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   MARIA JESUS ANELLO,

Plaintiff,

Case No.  18-cv-00070-DMR

8

9   v.

**ORDER OF CONDITIONAL
DISMISSAL**

10  NANCY A. BERRYHILL,

Defendant.

11

12

13          The court has been notified of the settlement of this action, and it appears that no issue

14  remains for the court's determination.

15          IT IS HEREBY ORDERED that this action and all claims asserted herein are DISMISSED

16  with prejudice.  In the event that the settlement is not reached, any party may move to reopen the

17  case and the trial will be rescheduled, provided that such motion is filed within 60 days of this

18  order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

19

20          **IT IS SO ORDERED**.

21  Dated: November 4, 2020

22

23  DONNA M. RYU
    United States Magistrate Judge



24

25

26

27

28